RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 8/17/09
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| RONALD M. LELEAUX, JR. | CIVIL ACTION NO. 09-0667 |
| VERSUS | JUDGE ROBERT G. JAMES |
| UNITED STATES OF AMERICA | MAG. JUDGE KAREN L. HAYES |

**JUDGMENT**

For the reasons stated in the Report and Recommendation [Doc. No. 15] of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections [Doc. No. 19] filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition for Writ of *Habeas Corpus* is DENIED and DISMISSED WITHOUT PREJUDICE because the Court lacks jurisdiction to consider Petitioner's claims.

IT IS FURTHER ORDERED that the motion to voluntary dismiss [Doc. No. 13] is DENIED, and the motion for reinstatement [Doc. No. 14] is DENIED AS MOOT.

MONROE, LOUISIANA, this 16 day of August, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE